IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC, a Limited Liability Company,<br><br>       Plaintiff,<br><br>  v.<br><br>FIRST NATIONAL BANK OF OMAHA,<br><br>       Defendant. | No. CV: 8:13-cv-00167<br><br>**MOTION FOR EXTENSION OF TIME TO FILE ANSWER** |

COMES NOW the Defendant First National Bank of Omaha ("First National"), pursuant to NECivR 6.1(a)(1)(A) and (D), and hereby moves the Court for an order granting First National an extension of time, not to exceed (30) days, through and including July 24, 2013, in which to serve an answer to the plaintiff's Complaint for Patent Infringement or a motion under Federal Rule of Civil Procedure 12(b) or (e) to the Complaint.

First National received a Summons on June 3, 2013. This motion for an extension has been filed before the time originally allotted to answer expires.

Dated this 21st day of June, 2013.

4828-9916-8788.1

FIRST NATIONAL BANK OF OMAHA,
Defendant

By: /s/ John P. Passarelli
    John P. Passarelli #16018
    James M. Sulentic #19610
    Jason S. Jackson #25030
    Kutak Rock LLP
    The Omaha Building
    1650 Farnam Street
    Omaha, NE 68102-2186
    (402) 346-6000

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2013 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which sent notification of such electronic filing to all counsel of record.

/s/ John P. Passarelli

2

4828-9916-8788.1