# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **INTELLECTUAL VENTURES II LLC,** Plaintiff, vs. **FIRST NATIONAL BANK OF OMAHA,** Defendant. | 8:13CV167 ORDER |

This matter is before the Court on the parties' Stipulated Dismissal of Certain Claims, ECF No. 89. The parties agree that Counts I, II, III, and IV of the Complaint, ECF No. 1, should be dismissed, with prejudice. The Court will grant the stipulation and dismiss the claims. Accordingly,

IT IS ORDERED:

1. The Stipulated Dismissal of Certain Claims, ECF No. 89, is granted; and
2. Counts I, II, III, and IV of the Complaint, ECF No. 1, are dismissed, with prejudice.

Dated this 23rd day of August, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge